So Ordered.

_____

Signed this 7 day of March, 2016.

Diane Davis
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

In Re:

    Karen Jackson                                       Case No.: 15-61367
                                                          Chapter 7

                              **Debtor**

### ORDER GRANTING MOTION TO REOPEN CASE

Upon the reading and filing of the affirmation of Lindy Madill dated February 24, 2016;

and after due deliberation, it is

**ORDERED and ADJUDGED** that the above captioned case is hereby reopened for

purposes of filing the Debtor's financial management certificate; and it is further

**ORDERED and ADJUDGED** that the fee reopen is waived; and it is further

**ORDERED and ADJUDGED** that a trustee need not be appointed.

                                                          ####